IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 76.31.107.99

**ISP:** Comcast Cable
**Physical Location:** Katy, TX

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 04/02/2018 01:42:47 | 2589A03930026523AF4E9B6785D40D2EFC4B2F87 | Fill Her Up |
| 04/02/2018 01:35:51 | 7C079EC25658D9F7F3B7CBF490AF55AD420BC335 | Hot Blooded |
| 04/02/2018 01:30:27 | 8FCEE86C24C7C64C94D7C95D0307ADC488C40F8E | Purely Passionate |
| 03/01/2017 02:03:06 | 4F99498549B8B8F3E84D2E48788CDFBA10C3247E | Like The First Time |
| 03/01/2017 02:02:03 | 7A6AF52E8BA3677E56FF320674F068EA18A91D19 | A Rose A Kiss and A Bang |
| 03/01/2017 02:00:53 | 0795957EB77B0C2ECD7C669292F5FD28BC3629CA | Four Way In 4K |

**Total Statutory Claims Against Defendant: 6**

EXHIBIT A

STX162